UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAXWELL HANKINS,
Plaintiff,

v.

FORD MOTOR COMPANY,
Defendant.

Case No. 25-cv-07074-NW

**ORDER VACATING ALL DATES AND DIRECTING PARTIES TO FILE DISMISSAL OR STATUS REPORT**

Re: ECF No. 31

On August 11, 2026, the parties filed a notice of settlement stating that the parties "have resolved this matter per the execution of a Federal Rule of Civil Procedure 68 Offer of Judgment," and indicated that "[o]nce all terms of the settlement are completed and all payments are received by Plaintiff, the Parties shall file an executed Joint Stipulation of Dismissal of the entire action with prejudice." ECF No. 31. Accordingly, all dates and deadlines are VACATED.

Parties shall file their stipulation of dismissal by Friday, October 9, 2026. The Court sets a compliance hearing regarding dismissal for Wednesday, October 28, 2026, at 10:00 a.m. in Courtroom 3, 5th Floor, Federal Courthouse, 280 South First Street, San Jose, California. If the case is not dismissed by October 9, 2026, the compliance hearing will be converted into an order to show cause why the case should not be dismissed. If any party opposes the order to show cause, that party must file their objection in writing by Wednesday, October 21, 2026. Counsel must appear at the hearing in person; no remote appearances will be permitted.

**IT IS SO ORDERED.**

Dated: August 12, 2026

Noël Wise
United States District Judge